# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:** Patrick Eugene Kling  
        Wendy Marie Kling

**BK NO. 20-00762 HWV**

**Chapter 13**

**Debtor(s)**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of RoundPoint Mortgage Servicing Corporation and index same on the master mailing list.

                              Respectfully submitted,

                              **/s/ James C. Warmbrodt, Esquire**  
                              James C. Warmbrodt, Esquire  
                              KML Law Group, P.C.  
                              BNY Mellon Independence Center  
                              701 Market Street, Suite 5000  
                              Philadelphia, PA 19106  
                              215-627-1322