```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                   Case No. 20-00762-HWV
Patrick Eugene Kling                                                     Chapter 13
Wendy Marie Kling
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1           User: AutoDocke              Page 1 of 2                   Date Rcvd: Apr 14, 2020
                               Form ID: ntcnfhrg            Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2020.
```
db/jdb         +Patrick Eugene Kling,    Wendy Marie Kling,    119 Evergreen Street,    Hummelstown, PA 17036-1207
5307094         Bureau of Account Management,    3607 Rosemont Avenue, Suite 502,    PO Box 8875,
                 Camp Hill, PA 17001-8875
5307099         Dauphin County Tax Claim Bureau,    2 South 2nd Street, 1st Floor,    PO Box 1295,
                 Harrisburg, PA 17108-1295
5307101        +Hayt, Hayt & Landau, LLC,    Two Industrial Way West,    Eatontown, NJ 07724-2279
5307104        +MS Hershey Medical Center,    Attn: Patient Financial Services,    PO Box 853,
                 Hershey, PA 17033-0853
5307108         RoundPoint Mortgage Servicing,    Attn: Correspondence,    PO Box 19409,
                 Charlotte, NC 28219-9409
5316171        +Santander Bank NA,    450 Penn Street,    Mailcode: 10-421-MC3,    Reading, PA 19602-1011
5307109        +Santander Bank, NA,    601 Penn Street,    10-6438-FB7,    Reading, PA 19601-3563
5307113        +TD Bank USA / Target Card,    PO Box 673,    Minneapolis, MN 55440-0673
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 14 2020 20:44:40
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5311453         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 14 2020 20:44:33
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
5307095         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 14 2020 20:45:36
                 Capital One Bank USA, NA,    PO Box 30285,    Salt Lake City, UT 84130-0285
5307096        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 14 2020 20:34:14      Comenity Bank / Boscov’s,
                 Attn: Bankruptcy Department,    PO Box 183043,    Columbus, OH 43218-3043
5307097         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 14 2020 20:34:14
                 Comenity Bank / Lane Bryant,    Attn: Bankruptcy Department,    PO Box 182125,
                 Columbus, OH 43218-2125
5307098        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 14 2020 20:34:14
                 Comenity Bank / Legendary Pine,    Attn: Bankruptcy Department,    PO Box 182125,
                 Columbus, OH 43218-2125
5307102        +E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 14 2020 20:34:04      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
5307103        +E-mail/Text: bankruptcydpt@mcmcg.com Apr 14 2020 20:34:27      Midland Credit Management, Inc.,
                 8875 Aero Drive, Suite 200,    PO Box 939069,    San Diego, CA 92193-9069
5309877         E-mail/PDF: cbp@onemainfinancial.com Apr 14 2020 20:44:20      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
5307105         E-mail/PDF: cbp@onemainfinancial.com Apr 14 2020 20:44:20      OneMain Financial,
                 601 NW 2nd Street,    PO Box 3251,    Evansville, IN 47731-3251
5316898         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 14 2020 20:45:42
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5307106         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 14 2020 20:43:46
                 PRA Receivables Management, LLC,    d/b/a Portfolio Recovery Associates,    PO Box 41067,
                 Norfolk, VA 23541-1067
5307317        +E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2020 20:43:35      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5307110         E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2020 20:45:28      Synchrony Bank / Gap,
                 Attn: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
5307111         E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2020 20:45:29      Synchrony Bank / Sam’s Club,
                 Attn: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
5307112         E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2020 20:44:26      Synchrony Bank / Walmart,
                 Attn: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5307100        ##Ditech Financial, LLC,    PO Box 6172,    Rapid City, SD 57709-6172
5307107        ##+Ratchford Law Group, PC,    409 Lackawanna Avenue, Suite 320,    Scranton, PA 18503-2059
                                                                                              TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2020 at the address(es) listed below:

    Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
    James Warmbrodt    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com
    Paul Donald Murphy-Ahles    on behalf of Debtor 2 Wendy Marie Kling pmurphy@dplglaw.com, kgreene@dplglaw.com
    Paul Donald Murphy-Ahles    on behalf of Debtor 1 Patrick Eugene Kling pmurphy@dplglaw.com, kgreene@dplglaw.com
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                           TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Patrick Eugene Kling,<br>**Debtor 1**<br><br>Wendy Marie Kling,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:20−bk−00762−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**May 20, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court the hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing | Date: May 27, 2020<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DeborahGeorge, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 14, 2020 |

ntcnfhrg (03/18)