# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Patrick Eugene Kling<br>**Debtor 1**<br>Wendy Marie Kling<br>**Debtor 2**<br><br>RoundPoint Mortgage Servicing Corporation<br>**Movant(s)**<br>v.<br>Patrick Eugene Kling<br>Wendy Marie Kling<br>**Respondent(s)**<br>Charles J. DeHart, III, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:20-BK-00762-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 27 |

## DEBTOR(S)' ANSWER TO MOVANT(S)' MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, come the Debtor(s), Patrick Eugene Kling and Wendy Marie Kling, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay and aver as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied. Debtor(s) have brought their account current by way of a payment in the amount of $6,861.42 which was paid on October 6, 2020.

7. Denied. Debtor(s) have brought their account current by way of a payment in the amount of $6,861.42 which was paid on October 6, 2020.

8. Paragraph 8 contains a conclusion of law to which no response is required.

9. Paragraph 9 contains a conclusion of law to which no response is required.

WHEREFORE, Debtor(s) requests this Court deny the requested relief.

                                                               Respectfully submitted,
                                                               **DETHLEFS PYKOSH & MURPHY**

Dated: October 7, 2020                      /s/ Paul D. Murphy-Ahles

                                                                _____
                                                                Paul D. Murphy-Ahles, Esquire
                                                                PA ID No. 201207
                                                                2132 Market Street
                                                                Camp Hill, PA 17011
                                                                (717) 975-9446
                                                                pmurphy@dplglaw.com
                                                                *Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Patrick Eugene Kling<br>**Debtor 1**<br>Wendy Marie Kling<br>**Debtor 2**<br><br>RoundPoint Mortgage Servicing Corporation<br>**Movant(s)**<br>v.<br>Patrick Eugene Kling<br>Wendy Marie Kling<br>**Respondent(s)**<br>Charles J. DeHart, III, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:20-BK-00762-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 27 |

**CERTIFICATE OF SERVICE**

I hereby certify that on Wednesday, October 7, 2020, I served a true and correct copy of the **Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay** in this proceeding via electronic means upon the following:

Rebecca Solarz, Esquire
KML Law Group, PC
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
*Counsel for Movant(s)*

Charles J. DeHart, III, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Ronald Reagan Federal Building
228 Walnut Street, Room 1190
Harrisburg, PA 17101

/s/ Kathryn S. Greene
_____
Kathryn S. Greene, Pa.C.P., Paralegal for
Paul D. Murphy-Ahles, Esquire