# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Patrick Eugene Kling<br>**Debtor 1**<br>Wendy Marie Kling<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:20-BK-00762-HWV<br><br>**Matter:** Motion to Reconsider Order |

## DEBTOR(S)' MOTION TO RECONSIDER ORDER

AND NOW, come the Debtor(s), Patrick Eugene Kling and Wendy Marie Kling, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Motion to Reconsider Order and aver as follows:

1. Debtor(s) filed a Chapter 13 Petition on or about February 28, 2020.

2. On or about February 7, 2024, the Standing Chapter 13 Trustee filed a Motion to Dismiss Debtor(s)' case for a material default (hereinafter "Motion").

3. Debtor(s) failed to file a response to the Motion.

4. An Order dismissing Debtor(s)' case was entered on March 13, 2024.

5. On March 13, 2024, Debtor(s) submitted payment to the Standing Chapter 13 Trustee by way of the electronic payment system.

6. With Debtor(s)' payment of March 13, 2024, their account has been brought current.

WHEREFORE, Debtor(s) respectfully requests this Court to vacate the Order dismissing the case and allow the case to proceed.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: March 18, 2024

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| Patrick Eugene Kling **Debtor 1** Wendy Marie Kling **Debtor 2** | **Chapter** 13 **Case No.** 1:20-BK-00762-HWV **Matter:** Motion to Reconsider Order |

## ORDER OF COURT

UPON CONSIDERATION of the Debtor's Motion to Reconsider Order, IT IS ORDERED that the Court's Order of March 15, 2024 IS HEREBY RESCINDED. The above-referenced Chapter 13 case may be reactivated; and the Clerk is hereby authorized to respond accordingly.