United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 20-00762-HWV

Patrick Eugene Kling     Chapter 13

Wendy Marie Kling

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3

Date Rcvd: Apr 10, 2024     Form ID: pdf010     Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Patrick Eugene Kling, Wendy Marie Kling, 119 Evergreen Street, Hummelstown, PA 17036-1207 |
| 5307099 | | Dauphin County Tax Claim Bureau, 2 South 2nd Street, 1st Floor, PO Box 1295, Harrisburg, PA 17108-1295 |
| 5354325 | + | Dauphin County Tax Claim Bureau, 2 South Second Street, PO Box 1295, Harrisburg PA 17108-1295 |
| 5307104 | + | MS Hershey Medical Center, Attn: Patient Financial Services, PO Box 853, Hershey, PA 17033-0853 |
| 5307107 | + | Ratchford Law Group, PC, 409 Lackawanna Avenue, Suite 320, Scranton, PA 18503-2087 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 10 2024 18:46:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5307094 | | Email/Text: Bankruptcy@BAMcollections.com | Apr 10 2024 18:46:00 | Bureau of Account Management, 3607 Rosemont Avenue, Suite 502, PO Box 8875, Camp Hill, PA 17001-8875 |
| 5311453 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 10 2024 18:46:40 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5307095 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 10 2024 18:46:48 | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5307096 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 10 2024 18:46:00 | Comenity Bank / Boscov's, Attn: Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 5307097 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 10 2024 18:46:00 | Comenity Bank / Lane Bryant, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 5307098 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 10 2024 18:46:00 | Comenity Bank / Legendary Pine, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 5307101 | ^ | MEBN | Apr 10 2024 18:39:24 | Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 5307102 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 10 2024 18:46:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5307103 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 10 2024 18:46:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, PO Box 939069, San Diego, CA 92193-9069 |
| 5323388 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 10 2024 18:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5309877 | | Email/PDF: cbp@omf.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 10 2024 18:46:48 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5307105 | | Email/PDF: cbp@omf.com | Apr 10 2024 18:46:41 | OneMain Financial, 601 NW 2nd Street, PO Box 3251, Evansville, IN 47731-3251 |
| 5316898 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 10 2024 18:46:34 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5307106 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 10 2024 18:46:33 | PRA Receivables Management, LLC, d/b/a Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541-1067 |
| 5324841 | | Email/Text: bnc-quantum@quantum3group.com | Apr 10 2024 18:46:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5324842 | | Email/Text: bnc-quantum@quantum3group.com | Apr 10 2024 18:46:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5325731 | | Email/Text: bankruptcy@roundpointmortgage.com | Apr 10 2024 18:46:00 | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 5307108 | ^ | MEBN | Apr 10 2024 18:39:21 | RoundPoint Mortgage Servicing, Attn: Correspondence, PO Box 19409, Charlotte, NC 28219-9409 |
| 5316171 | + | Email/Text: DeftBkr@santander.us | Apr 10 2024 18:46:00 | Santander Bank NA, 450 Penn Street, Mailcode: 10-421-MC3, Reading, PA 19602-1011 |
| 5307109 | + | Email/Text: DeftBkr@santander.us | Apr 10 2024 18:46:00 | Santander Bank, NA, 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| 5307317 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 10 2024 18:46:48 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5307110 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2024 18:46:49 | Synchrony Bank / Gap, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5307111 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2024 18:46:33 | Synchrony Bank / Sam's Club, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5307112 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2024 18:46:48 | Synchrony Bank / Walmart, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5307113 | + | Email/Text: bncmail@w-legal.com | Apr 10 2024 18:46:00 | TD Bank USA / Target Card, PO Box 673, Minneapolis, MN 55440-0673 |
| 5326410 | + | Email/Text: bncmail@w-legal.com | Apr 10 2024 18:46:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5323069 | | Email/PDF: ebn_ais@aisinfo.com | Apr 10 2024 18:46:48 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5307100 | | Ditech Financial, LLC, ADDRESS REMOVED PER ENTRY 26 |
| cr | *+ | Dauphin County Tax Claim Bureau, 2 South Second Street, PO Box 1295, Harrisburg, PA 17108-1295 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Roundpoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com |
| Michael Patrick Farrington | on behalf of Creditor Roundpoint Mortgage Servicing Corporation mfarrington@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Wendy Marie Kling pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Patrick Eugene Kling pmurphy@dplglaw.com kgreene@dplglaw.com |
| Ryan T Gonder | on behalf of Creditor Dauphin County Tax Claim Bureau rgonder@dauphincounty.gov |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade:

| | |
|---|---|
| Patrick Eugene Kling<br>**Debtor 1**<br>Wendy Marie Kling<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:20-BK-00762-HWV<br><br>**Matter:** Motion to Reconsider Order |

## ORDER

Upon consideration of the Debtor's Motion to Reconsider Order, Doc. 62, and the hearing held on April 10, 2024, for the reasons stated on the record, it is

**ORDERED** that the Motion is **GRANTED**. The Court's Order entered on March 13, 2024, Doc. 59, is vacated by this Order.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 10, 2024