UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Patrick Eugene Kling and Wendy Marie Kling | Case No.: <u>20-00762</u><br>Adversary No.: ___-_____<br>Chapter: <u>13</u><br>Judge: <u>Henry W Van Eck</u> |
| Debtors | |

## CHANGE OF ADDRESS

**Creditor Name:** Santander Bank, N.A.

Old Mailing Notice Address:

450 Penn St
MC: 10-421-MC3
Reading, PA 19602

New Mailing Notice Address:

1130 Berkshire Boulevard
MC: PA-WYO-BKR2
Wyomissing, PA 19610

Date: 03/13/25

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In Re:  
Patrick Eugene Kling and Wendy Marie Kling

Chapter #13  
Case No 20-00762  
Honorable Henry W Van Eck

Debtors

_____/

## CERTIFICATE OF SERVICE

     I, Melissa A. Epler, of Santander Bank, N.A., do hereby certify that on March 13, 2025, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by first class mail, postage prepaid or other method specified on service list. Signed under the penalties of perjury, this 13th day of March 2025.

_____  
Melissa A. Epler  
Santander Bank, N.A.  
Bankruptcy Administrator  
1130 Berkshire Boulevard  
Wyomissing, PA 19610  
(484) 512-3552  
Email: DeftBkr@santander.us

VIA US MAIL

Patrick and Wendy Kling  
119 Evergreen St  
Hummelstown, PA 17036

VIA ECF

Jack N Zaharopoulos  
8125 Adams Dr Ste A  
Hummelstown, PA 17036

Paul Donald Murphy Ahles  
pmurphy@dplglaw.com